# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Marlon Andre Brown (J)#    CASE NO: 00-4210-BSS
AUSA: Robin Rosenbaum *present*   ATTNY: Pat Hunt
AGENT: Customs    VIOL: 21:952
PROCEEDING: Initial Appearance   BOND REC: PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: APD

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House
    ____ Electronic Monitoring

FILED by ___ D.C.
AUG 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Δ - advised of charge
Δ - sworn for counsel

NEXT COURT APPEARANCE:   DATE:        TIME:       JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:        8-31-00      10:00am     BSS    ✓
PRELIM/ARRAIGN. OR REMOVAL:  9-7-00    11:00am    BSS    ✓
STATUS CONFERENCE:

DATE: 8-28-00   TIME: 12:00pm   TAPE # 00-067/068
                                       3401-3678
                                       recalled
                                       00-068
                                       1-165
                                       PG # 3