UNITED STATES DISTRICT COURT
Southern District of Florida

| UNITED STATES OF AMERICA | Case Number: CR 00-6210-BSS |
|---|---|
| Plaintiff | |
| V.S. 55446-004 | REPORT COMMENCING |
| MARLEN HENRE BROWN | CRIMINAL ACTION |
| Defendant | |

TO: Clerk's Office    Miami    (Ft. Lauderdale)    W. Palm Beach
     U.S. District Court                  (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 08/25/00

(2) Language Spoken: English

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS

                                        21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (X) No    ( ) Unknown

(5) Date of Birth: 04-09-1980

(6) Type of Charging Document: (Check One)
     ( ) Indictment    ( ) Complaint    To be filed/Already filed

CASE# _____
( ) Bench Warrant for Failure to Appear
( ) Probation Violation Warrant
( ) Parole Violation Warrant

Originating District: Southern Florida
COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES    ( ) NO

Amount of Bond: $_____ Who set Bond: _____
(7) Remarks: _____

(8) Date: 08/25/00    (9) Arresting Officer: _____
(10) Agency: U.S. CUSTOMS SERVICE    (11) PHONE: 954-521-3509
(12) Comments: _____