COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Marlon Andre Brown (J)#    CASE NO: 00-4210-BSS
AUSA: Robin Rosenbaum / present    ATTNY: FPD Darryl Wilcox
AGENT: ___    VIOL: ___
PROCEEDING: PTD Hearing    BOND REC: ___
BOND HEARING HELD - yes (no)    COUNSEL APPOINTED: ___
___ BOND SET @ $250,000 CSB w/ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

No Bond hearing held. Both sides stipulate to a $250,000 Corporate Surety Bond - both sides reserving right to proceed w/ a PTD hearing at a later date

FILED BY ___ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S/D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. REMOVAL: 9-7-00    11:00am    BSS
STATUS CONFERENCE: ___
DATE: 8-31-00    TIME: 10:00am    TAPE # 00-069    PG #  6
2500-2700