UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6252 CR-ROETTGER**

21 USC §952(a)
21 USC §841(a)(1)
18 USC §2

**MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA )
)
v. )
)
MARLON ANDRE BROWN, )
)
Defendant. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 25, 2000, at Broward County, in the Southern District of Florida, the defendant,

**MARLON ANDRE BROWN,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, at least 500 grams of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

### COUNT II

On or about August 25, 2000, at Broward County, in the Southern District of Florida, the defendant,



**MARLON ANDRE BROWN,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least 500 grams of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

                        A TRUE BILL

                        _Leonard Roth_
                        FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 2000R02376 |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| MARLON ANDRE BROWN | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)　　Yes ___　No ___
Number of New Defendants ___
Total number of counts ___

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　　(Yes or No) _No_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)　　　　　　　　　　　　　　(Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____　　Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4210-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _8-25-00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____　　District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No  If yes, was it pending in the Central Region? _ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? _ Yes _X_ No

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached　　　　　　　　　　　　　　　　　REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __Marlon Andre Brown__    Case No.: _____

Count #I: Importation of cocaine; 21 USC 952(a) & 18 USC 2

**Max. Penalty:** Mandatory minimum 5 years' imprisonment; maximum 40 years' imprisonment; $2,000,000 fine

Count # 2: Possession with intent to distribute cocaine; 21 USC 841(a)(1) & 18 USC 2

**Max. Penalty:** Mandatory minimum 5 years' imprisonment; maximum 40 years' imprisonment; $2,000,000 fine

Count # 3:

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.