| | |
|---|---|
| DEFT: Marlon Andre Brown (J)# | CASE NO: 00-6252-CR-NCR ~~00-4210-BSS~~ |
| AUSA: Robin Rosenbaum /Rojc/ Stefin | ATTNY: FPD Robin Farnworth for Wilcox |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| BOND SET @ | FILED by ___ D.C. SEP 7 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD. |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.    ✓ *not waiver*
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | | JUDGE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-22-00 | 11:00 | | Snow |
| STATUS CONFERENCE: | | | | |
| DATE: 9-7-00 | TIME: 11:00am | TAPE # 00-07 | PG # 5 | |

80-115
Recalled
270-309