

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6252-CR-Roettger

UNITED STATES OF AMERICA

vs

Marlon Andre Brown

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-7-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: _In Custody_

Telephone: _____

DEFENSE COUNSEL:  Name: _FPD_

Address: _____

Telephone: _____

BOND SET/CONTINUED:  $ _remains in custody_

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __7__ day of _September_, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-072

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services