HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __THOMAS DENNISON__ CASE NO: __00-6070-CR-FERGUSON__

AUSA __DON CHASE__ by Bruce Brown ATTY __SAM FIELDS, ESQ.__

Tape # 00-050  Change of Plea scheduled for today 9-22-00 before Judge Ferguson

DEFT __MARLON ANDRE BROWN__ CASE NO: __00-6252-CR-ROETTGER__ ✓

AUSA __ROBIN ROSENBAUM__ by Bruce Brown ATTY __FPD - Patrick Hunt__

Tape #050  Discovery out  Deft has until 10-6-00 to file motions.
no motions
3 day to try
no tapes

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __9-22-00__ TIME __11:00__