UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6252-CR-ROETTGER

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

MARLON ANDREW BROWN,  :

    Defendant.  :

_____

**STATUS REPORT**

A status conference was held in this cause on September 22, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. Counsel for the defendant shall have until October 6, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of September, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Daryl Wilcox (FTL)