HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6252          Date: 1 December 2000

Courtroom Clerk: P. Hart          Court Reporter: J. Reeves

Probation Officer: _____          Interpreter: _____

Plaintiff(s): USA          Counsel: Rosenbaum

Defendant(s): Marlon Andre Brown          Counsel: Caryl Wilcox

Reason For Hearing: Plea

Result of Hearing/Judgment: Def plead + adj guilty
PSI ordered Sentencing Set Feb 9, 2001 - 11am

Misc.: _____