FILED by _____ D.C.

⋯ 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida.

## COURT MINUTES

Case No.: 00-6252-CR-NCR    Date: 2/9/01
Courtroom Clerk: P. Hau    Court Reporter: Reeves
Probation Officer: (present)    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Rosenbaum

Defendant(s): M. Brown (J)    Counsel: D. Wilcox

Reason For Hearing: Sentencing

Result of Hearing/Judgment: 37 months, 3 yrs S.R., assessed $100⁰⁰. Deportation proceeding S.R. non-report if deported. Not to re-enter U.S. w/out prior written permission. Bicom N.Y. city.

Misc.: _____